No. 958. KETTLEMAN HILLS ROYALTY SYNDICATE No. 1 v. COMMISSIONER OF INTERNAL REVENUE. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Robert Holland Eckhoff* for petitioner. *Solicitor General Biddle, Assistant Attorney General Clark,* and *Messrs. Sewall Key* and *William L. Cary* for respondent.

No. 967. BRYAN ET AL., EXECUTORS, v. BALL ET AL. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. Daniel Bartlett* and *Arthur F. Freund* for petitioners.

No. 969. SOUTH ATLANTIC STEAMSHIP Co. v. NATIONAL LABOR RELATIONS BOARD. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Edward Brennan* for petitioner. *Solicitor General Biddle,* and *Messrs. Richard H. Demuth, Robert B. Watts, Laurence A. Knapp,* and *Bertram Edises* for respondent.

No. 972. ROBERTS v. BOARD OF PUBLIC INSTRUCTION. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Stuart B. Warren* for petitioner. *Mr. John D. Kennedy* for respondent.

No. 978. COMPANIA ESPANOLA DE NAVEGACION MARITIMA, S. A., ET AL. v. ROBERTO HERNANDEZ, INC. May 26, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Burton*